# Court of Appeals
# of the State of Georgia

ATLANTA, December 27, 2021

*The Court of Appeals hereby passes the following order*

**A22D0160. RAYONIER FOREST RESOURCES, LP et al. v. CLINCH COUNTY BOARD OF TAX ASSESSORS.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14V085 14V086 14V087 14V088 14V089 14V090 14V091 14V092 14V093 14V094 14V095 14V096 14V097 14V098



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 27, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*